# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LOIS J. MARSH,**

        **Plaintiff,**

**-vs-**                                                                              **Case No. 6:06-cv-1092-Orl-31JGG**

**W PARK HOUSING AUTHORITY d/b/a**
**WINTER PARK OAKS,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Plaintiff's Motion to Appoint Counsel (Doc. No. 2) and Motion for Leave to Proceed *In Forma* Pauperis (Doc. No. 3) filed July 24, 2006.

On July 31, 2006, the United States Magistrate Judge issued a report (Doc. No. 6) recommending that the motions be denied and that the Complaint be dismissed with leave to amend. No objections have been filed. Therefore, it is **ORDERED** that:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Motion to Appoint Counsel is DENIED.

    3.    The Motion for Leave to Proceed *In Forma* Pauperis is DENIED without prejudice.

    4.    The Plaintiff's Complaint is DISMISSED and the Plaintiff will have 14 days from the date of this order to file an Amended Complaint consistent with the Report and Recommendation.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 22nd day of August, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party